COMMONWEALTH of Pennsylvania, Respondent

v.

Davon Terrell WYATT, Petitioner

Commonwealth of Pennsylvania, Respondent

v.

Davon Terrell Wyatt, Petitioner

No. 225 WAL 2016
No. 226 WAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

AND NOW, this 19th day of October, 2016, the Petition for Allowance of Appeal is DENIED.